4 A.3d 608

Sleh DONNIE, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD
OF REVIEW, Respondent.

No. 64 EM 2010.

Supreme Court of Pennsylvania.

Aug. 13, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of August, 2010, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**